# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

My Name is ~~Pat Jerry Jones~~
~~I here on a false arrest case~~
Jerry Jones

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The New York City Police department on a False arrest case
I was arested on warrant since 1997 it was vacated And every time I got in trouble the wouldn't give me a ticket so I Jerry Jones would like to fail a lawsuit

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED OCT 20 2015 PRO SE OFFICE**

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No
(check one)

**15 CV 8274**

## I.  Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Jerry Jones
Street Address  267 York ave apt 3A
County, City  Richmond County Staten Island N.Y.
State & Zip Code  10301
Telephone Number  1347 265-2176

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  The New York City police dept
Street Address  Central part Police Station

*Rev. 05/2010*

County, City **Richmond**
State & Zip Code **Staten Island N.Y 10311**
Telephone Number **1347-3~~6~~ 265-2176**

Defendant No. 2   Name **The New York City Police Dept**
Street Address **86 Central West**
County, City **Richmond County**
State & Zip Code **Don't Know**
Telephone Number ____

Defendant No. 3   Name ____
Street Address ____
County, City ____
State & Zip Code ____
Telephone Number ____

Defendant No. 4   Name ____
Street Address ____
County, City ____
State & Zip Code ____
Telephone Number ____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions        ☐/☑ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **I would to recive 75.000 or more on false arrest**

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **of the united state**
Defendant(s) state(s) of citizenship ____

III.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __In Central Park on Sept 11 / august 11 2015__

B. What date and approximate time did the events giving rise to your claim(s) occur? __12pm.__

C. Facts:  
[What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

I was arrested for public lewdness giving a moan oral sex and they went to see if I have a warrant and I couldn't get a ticket so they arrest me for a warrant I had since sep 13/97 but it was already vacated they arrested me on warrant of 1997 when I warrant was vacated and they did give a ticket but they say I had warrant

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

No Injuries

Rev. 05 2010

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _No_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _21_ day of _Oct 20_, 20_15_

Signature of Plaintiff _See Jerry Jones_
Mailing Address _267 York Ave. apt 3R_
_Zip Code 10301_
_Staten Island N.Y._

Telephone Number ____

Fax Number *(if you have one)* ____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _X_

Inmate Number ____

*Rev. 05/2010*